UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RODRIGUEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>WARDEN FISHER, et al,<br><br>            Defendants. | **1:18-cv-01565 JLT (PC)**<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE; AND**<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES PRIOR TO FILING SUIT**<br><br>**(Docs. 1, 7)**<br><br>**FOURTEEN-DAY DEADLINE** |

On April 29, 2019, the Court ordered plaintiff to show cause why this action should not be dismissed for failure to exhaust administrative remedies prior to filing suit. (Doc. 7.) Plaintiff has not responded to the Court order, and the time to do so has now passed. Accordingly, the Court **ORDERS**:

1. The Order to Show Cause is **DISCHARGED**;

2. The Clerk of Court shall assign a district judge to this case; and

The Court **RECOMMENDS** that this action be dismissed for plaintiff's failure to exhaust administrative remedies before initiating this action.

These findings and recommendations are submitted to the United States District Judge

1

1 | assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
2 | after being served with these findings and recommendations, any party may file written
3 | objections with the court and serve a copy on all parties.  Such a document should be captioned
4 | "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
5 | objections shall be filed and served within fourteen days after service of the objections.  The
6 | parties are advised that failure to file objections within the specified time may waive the right to
7 | appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: **May 23, 2019**      /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE