UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RODRIGUEZ,<br><br>              Plaintiff,<br><br>    v.<br><br>WARDEN FISHER, et al,<br><br>              Defendants. | 1:18-cv-01565-DAD-JLT (PC)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME** (Doc. 35)<br><br>**ORDER DENYING AS MOOT MOTION FOR EXTENSION OF TIME** (Doc. 33)<br><br>**July 25, 2021, DEADLINE** |

      On June 9, 2021, this Court issued findings and recommendations to dismiss this action for failure to exhaust administrative remedies prior to filing suit. (Doc. 34.) The Court advised that "any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned 'Objections to Magistrate Judge's Findings and Recommendations.' Any response to the objections shall be filed and served within fourteen days after service of the objections." *Id.* Rather than filing objections, on June 25, 2021, Plaintiff filed another motion for the enlargement of time to file his first amended complaint. (Doc. 35.) In support of the motion, Plaintiff states that he is currently "confined to his bed space with no way to access programs," and he submits medical records showing that he was temporarily issued a wheelchair and a cane, which were discontinued because Plaintiff showed "no clinical indication for cane." (*Id.*at 17.)

///

1

Accepting Plaintiff's representations as true, his back and mobility issues excuse his inability to meet this Court's prior deadline. The Court **GRANTS** Plaintiff's motion for an extension of time, and Plaintiff **SHALL** file a first amended complaint on or before July 25, 2021. (Doc. 35.) Alternatively, Plaintiff may file a voluntary dismissal if he is unable to prosecute this case. **Failure to comply with this order *will* result in a recommendation to dismiss Plaintiff's claim for failure to comply with a court order. No further extensions of time will be granted.**

IT IS SO ORDERED.

Dated: **July 13, 2021**     **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE